# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA JEAN LAWRENCE, | |
| Plaintiff, | CIVIL ACTION NO. 3:21-cv-01239 |
| v. | (SAPORITO, M.J.) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

## ORDER

AND NOW, this 21st day of November, 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Commissioner's administrative decision denying the plaintiff's application for disability insurance benefits is **AFFIRMED**;

2. The Clerk is directed to enter **JUDGMENT** in favor of the Commissioner and against the plaintiff; and

3. The Clerk is directed to mark this case as **CLOSED**.

*s/Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge